1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs MARSHALL LOSKOT
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 MARSHALL LOSKOT, an individual; and    )   **CASE NO. 2:07-CV-02064-MCE-GGH**
   DISABILITY RIGHTS ENFORCEMENT,          )
12 EDUCATION, SERVICES: HELPING            )
   YOU HELP OTHERS, a California public    )
13 benefit corporation,                    )
                                           )   **STIPULATION OF DISMISSAL AND**
14        Plaintiffs,                      )   **ORDER THEREON**
                                           )
15 v.                                      )
                                           )
16 LIM'S CAFE INC., a California           )
   corporation; PATRICIA LEE, an individual;)
17 RONALD LIM, an individual; JEANNIE      )
   LIM, an individual; and BONNIE LIM, an  )
18 individual                              )
                                           )
19 _____Defendants,                       )
   _____)
20

21        The parties, by and through their respective counsel, stipulate to dismissal of this action in

22 its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

23 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

24 costs and attorneys' fees.  The parties further consent to and request that the Court retain

25 jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S.

26 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

27 agreements).

28 ///

1. Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2. This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: September 15, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By:   /s/ Thomas E. Frankovich
        Thomas E. Frankovich

Attorneys for Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: September 15, 2009

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By:   /s/ Julie Raney
        Julie Raney

Attorneys for Defendants LIM'S CAFE INC., a California corporation; PATRICIA LEE, an individual; RONALD LIM, an individual; JEANNIE LIM, an individual; and BONNIE LIM, an individual

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: September 23, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE